UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR416-265 |
| ) | |
| AARON PORTER, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Application for leave of absence has been requested by Laura G. Hastay for Tuesday, January 17, 2016 through and including Wednesday, January 18, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  6th  day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA