# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR416-265 |
| | ) | |
| AARON PORTER, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Application for leave of absence has been requested by Jennifer G. Solari for Monday, January 30, 2017 through and including Friday, February 3, 2017.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED this  18th  day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA